# United States Court of Appeals
## For the First Circuit

---

No. 06-1553

UNITED STATES

Appellee

v.

VIRGILIO JIMENEZ, a/k/a Moises Reyes

Defendant - Appellant

---

**ORDER OF COURT**

Entered: June 9, 2006
Pursuant to 1st Cir. R. 27(d)

The appellant's motion for an extension of time to file his brief is granted. The appellants brief is now due on or before July 20, 2006.

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

[cc: Martin D. Harris, Esq., Stephanie Brown, AUSA, Stephen G. Dambruch, AUSA, Donald Lockhart, AUSA]