AO 458 (Rev. 5/85) Appearance

# United States District Court

United States DISTRICT OF Rhode Island

UNITED STATES OF AMERICA

VS.

VIRGILIO JIMENEZ, a/k/a Moises Reyes

## APPEARANCE

CASE NUMBER: CR 05-0073-OIT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for THE DEFENDANT

June 30, 2006
Date

[signature]
Signature

Martin D. Harris, Esq. #3167
Print Name

132 Dorrance St.
Address

Providence, RI 02903
City State Zip Code

(401) 273-4990
Phone Number