**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

VIRGILIO JIMENEZ,
Petitioner

v. C.A. No. 06-301T

UNITED STATES OF AMERICA,
Defendants

**SHOW CAUSE ORDER**

On or before **AUGUST 15, 2006**, Petitioner Jimenez is hereby ordered to show cause, in writing, why the case should not be dismissed without prejudice since an appeal is currently pending at the United States 1st Circuit Court of Appeals. Failure to comply will result in dismissal of the case.

By Order,

Deputy Clerk

ENTER:

Ernest C. Torres
United States District Judge
Date: 7/12/06
FORMS/SHWCAUS2.ORD